# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                              **CRIMINAL ACTION NO. 4:06CR38-P-B**

**SHAN BEASLEY,**                                                       **DEFENDANT**

### TRIAL CONTINUANCE

This matter comes before the court upon Defendant Shan Beasley's motion to continue trial [13-1]. Upon due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for May 1, 2006. Defense counsel avers that he has a previously scheduled trial in State court to commence on May 1, 2006. He therefore requests that the instant trial be continued. The Government has no objection to a continuance in this matter.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from May 1, 2006 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1)  Defendant Shan Beasley's motion to continue trial [13-1] is hereby **GRANTED**;

(2) Trial of this matter is continued until Monday, June 5, 2006 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from May 1, 2006 to June 5, 2006 is excluded from Speedy Trial Act

considerations as set out above;

(4) The deadline for filing pretrial motions is May 15, 2006; and

(5) The deadline for submitting a plea agreement is May 22, 2006.

**SO ORDERED**, this the 10th day of April, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE